#611336  #12826

FILED
2009 DEC -3 PM 2:55

CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                          *           CASE # 05-73759 W
                                            CHAPTER 13
                                *
Thompson, Charles H. & Doreen J.
Debtor                          *

## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case and/or case was closed. A stop payment has been issued on the following checks remaining unpaid. The names of the persons to whom such non-negotiated checks were issued, the amounts of such checks and the check numbers are:

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 603326 | Capital One Bank<br>c/o TSYS Debt Mgmt.<br>P O Box 5155<br>Norcross, Ga.  30091 | 3.17 | 10/30/09 |
| 603327 | Same as above | 7.12 | 10/30/09 |

2. Your trustee's check #611336 for a total of $10.29 payable to the clerk of the United States Bankruptcy Court, is attached to this report.

Date: 11/30/09

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　John P. Gustafson
　　　　　　　　　　　　　　　　　　　　Trustee in Bankruptcy